IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| In re ZACHARY CHRISTOPHER HILLIS, | Cause No. CV 20-03-H-BMM-JTJ |
|---|---|
| Petitioner. | ORDER |

On February 19, 2020, the Court appointed Assistant Federal Defender David Ness to represent Petitioner Hillis and to file an amended petition for writ of habeas corpus under 28 U.S.C. § 2241. Hillis sought release from his immigration detainer and deportation to Canada.

On April 7, 2020, counsel reported that Hillis has been deported to Canada and the petition is moot. The Court deems the report a notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Based on the foregoing, the Court enters the following:

**ORDER**

The stay is LIFTED. The petition is DISMISSED. The clerk shall enter, by separate document, a judgment of dismissal.

DATED this 8th day of April, 2020.

        */s/ John Johnston*
        John Johnston
        United States Magistrate Judge